**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW THOMAS ESTES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-CV-00186 SPM |
| | ) | |
| ROBERT N. MAYER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>**OPINION, MEMORANDUM AND ORDER**</u>

Before the Court is self-represented Plaintiff Matthew Estes' Motion for Extension of Time to file his Notice of Appeal. [ECF No. 8]. For good cause shown, the Court will grant the motion.

Plaintiff, an inmate at Eastern Reception, Diagnostic and Correctional Center (ERDCC), filed this lawsuit on November 3, 2025, pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights. [ECF No. 1]. On May 22, 2026, the Court dismissed this action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). *See* ECF Nos. 5 and 6. On June 8, 2026, the Court received Plaintiff's Motion for Extension of Time to file his Notice of Appeal. [ECF No. 8]. Plaintiff asserts in his Motion for Extension of Time that although the dismissal was entered on May 22, 2026, he did not receive the Court's Orders until June 1, 2026. As such, half of his appeal time had already passed. He claims that he is awaiting documents to supplement his appeal, which is why he is seeking an extension of time in this action.

Under Federal Rule of Appellate Procedure 4(a), a Notice of Appeal in a civil case "must be filed with the district clerk within 30 days after entry of the judgment or order appealed from." Fed. R. App. P. 4(a)(1)(A). A district court may extend the time, however, if two conditions are met: (1) the party seeking an extension must move for the extension within 30

days after the time prescribed by Rule (4)(a) expires; and (2) the party seeking an extension must show "excusable neglect or good cause." Fed. R. App. P. 4(a)(5)(A). "No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later." Fed. R. App. P. 4(a)(5)(C).

The Court finds that Plaintiff has shown good cause for his request for extension. As his Notice of Appeal would have been due to this Court on June 21, 2026,[1] this Court may extend his time for filing up through July 21, 2026.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to file his Notice of Appeal [ECF No. 8] is **GRANTED.**

**IT IS FURTHER ORDERED** Plaintiff shall file his Notice of Appeal with this Court by **July 21, 2026**.

Dated this 11th day of June, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

---

[1] June 21, 2026, falls on a Sunday. As the Court is closed on Sundays, Plaintiff's Notice of Appeal would have been technically due to the Court on the next day. However, given that the Court is giving Plaintiff a 30-day extension of time to file his Notice of Appeal, the Court will utilize the date of June 21, 2026, when calculating the 30-day extension.

2