**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW THOMAS ESTES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-CV-00186 SPM |
| | ) | |
| ROBERT N. MAYER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on self-represented Plaintiff Matthew Estes' motion to proceed in forma pauperis on appeal. [ECF No. 11]. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, s*ee* ECF Nos. 5 & 6; 28 U.S.C. § 1915(a)(3), and it is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 11] is **DENIED**.

Dated this 23rd  day of June, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE