**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

MATTHEW THOMAS ESTES,                )
                                     )
              Plaintiff,             )
                                     )
       v.                            )          No. 1:25-CV-00186 SPM
                                     )
ROBERT N. MAYER, et al.,             )
                                     )
              Defendants.            )

<u>**OPINION, MEMORANDUM AND ORDER**</u>

Before the Court is Plaintiff Matthew Thomas Estes' motion for reconsideration of the denial of his motion to proceed in forma pauperis on appeal. [ECF No. 14]. After reviewing the grounds raised by Plaintiff, the Court will decline to alter or amend the judgment of this Court. The Court concludes that Plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments. Plaintiff is therefore not entitled to reconsideration of the denial of his motion to proceed in forma pauperis on appeal, and the present motion for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration of the denial of his motion to proceed in forma pauperis on appeal [ECF No. 14] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal from this Order would not be taken in good faith.

Dated this 1st day of July, 2026.

_____
        HENRY EDWARD AUTREY
    UNITED STATES DISTRICT JUDGE